454 A.2d 175

Moore, et ux., Appellants v. Westcott and Sullivan, etc.

Argued December 8, 1981.   Edward Blumstein, for appellants;  Mark S. Harris, Assistant County Solicitor, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Order affirmed.